LOUIS TREEMARMEN, Appellant, *v.* DAVID J. FRANK et al., Trading as GREENPOINT METALLIC BED COMPANY, Respondents.

*Treemarmen* v. *Frank*, 173 App. Div. 954, appeal dismissed.

(Submitted October 2, 1916; decided October 10, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 25, 1916, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants.

The motion was made upon the ground of failure to file the required undertaking.

*Henry Ginnane* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.